**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1695**

_____

RICHARD W. DAVIS, JR.,

Plaintiff - Appellant,

versus

EXXON COMPANY, USA; RICHARD HARVIN;
JOHN BIAVASCHI,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-1471-A)

_____

Submitted: December 22, 1999       Decided: January 12, 2000

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kimberly L. Bradley, ABATO, RUBENSTEIN & ABATO, P.A., Baltimore, Maryland, for Appellant. Richard J. Hafets, PIPER & MARBURY L.L.P., Baltimore, Maryland; Charles B. Wayne, PIPER & MARBURY L.L.P., Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard W. Davis, Jr., appeals the district court's order granting summary judgment in his former employer's favor in this action alleging age discrimination, retaliation, breach of contract, and defamation. We have reviewed the parties' briefs, the joint appendices, the supplemental appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Davis v. Exxon Company, USA, No. CA-98-1471-A (E.D. Va. Apr. 20, 1999.)[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on April 16, 1999, the district court's records show that it was entered on the docket sheet on April 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).